THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin Maurice
 Jenkins, Appellant.
 
 
 

Appeal From Charleston County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2008-UP-633
 Submitted November 3, 2008  Filed
November 12, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 Geneal John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Ralph E.
 Hoisington, of Charleston, for Respondent.
 
 
 

PER
 CURIAM:  Kevin Maurice Jenkins appeals his conviction for armed
 robbery and twenty-seven year sentence.  Jenkinss counsel contends the trial
 court erred in admitting identification testimony that was the unreliable
 product of a suggestive show-up procedure.   Jenkins filed a separate pro se
 brief arguing the trial court erred by denying his motion to relieve counsel
 and allowing his statement to the police into evidence.   After a thorough review of the record and both briefs pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1] 
APPEAL DISMISSED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.